MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
The TJX Companies, Inc., dba T.J. Maxx #634

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | CASE NO: 2:17-cv-01346-GMN-GWF |
| Plaintiff, | |
| vs. | |
| THE TJX COMPANIES, INC., dba T.J. MAXX #634, | |
| Defendants. | |

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT [ECF 1]
### (First Request)

COME NOW Plaintiff Kevin Zimmerman by and through his counsel of record Whitney C. Wilcher, Esq. of The Wilcher Firm and Defendant The TJX Companies, Inc., dba T.J. Maxx #634, by and through its counsel of record Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell, PLLC, and pursuant to Local Rule 6-1 hereby stipulate that Defendant may have an extension of time in which to answer or otherwise plead to Plaintiff's Complaint [ECF 1] until Friday, July 14, 2017. No previous extensions have

been requested or granted. The purpose of the extension is to provide Defendant additional time to investigate and appropriately respond to the Complaint.

Dated this 8th day of June 2017.

THE WILCHER FIRM

/s/ Whitney C. Wilcher

_____
WHITNEY C. WILCHER, ESQ.
Nevada Bar No. 007212
8465 W. Sahara Ave. Suite 111-236
Las Vegas, NV 89117
Phone: 702-466-1959
Attorneys for Plaintiff,
Kevin Zimmerman

Dated this 8th day of June 2017.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
The TJX Companies, Inc.
dba T.J. Maxx #634

## ORDER

IT IS SO ORDERED.

DATED this 9th day of June 2017.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE